IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06- 16- UNA. |
| | ) | |
| DAVID NELSON ROBB, JR., | ) | |
| | ) | |
| Defendant. | ) | |

REDACTED

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### Count One

*Introduction*

1.    At all times material to this Indictment:

(a)    **Employees of the U.S. Capitol Police** who were disabled due to occupational injury were entitled to compensation benefits under the Federal Employee's Compensation Act (FECA).

(b)    The U.S. Department of Labor, Office of Worker's Compensation Programs (OWCP), administered the benefits program under FECA.

(c)    The U.S. Department of Labor had sole authority to determine if a claimant was entitled to benefits provided by FECA, but all payments to disabled U.S. Capitol Police employees were financed by funds of the U.S. Capitol Police.

FILED

FEB 1 6 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(d)    The U.S. Department of Labor required disability benefit recipients to immediately report, among other occurrences, any return to work. The U.S. Department of Labor further required disability benefit recipients to periodically complete and/or submit written documents. The Department of Labor relied upon truthful answers in these documents in order to determine whether disabled employees continued to be eligible for benefits.

(e)    The U.S. Department of Labor required all long term disability benefit recipients to periodically complete a written questionnaire, a Form 1032. The form covered the prior 15 months and provided a warning that all statements were subject to investigation for verification and that a fraudulent answer could result in criminal prosecution.

(f)    In 1997, while residing in Maryland but working in the District of Columbia as a U.S. Capitol Police Officer, the defendant submitted a successful claim for compensation benefits as a result of an injury to his left knee suffered while on duty. In August 2004, the defendant relocated from Maryland to Ellendale, Delaware.

*Charging Paragraphs*

2.    On or about September 8, 2004, David Nelson Robb, Jr, the defendant, in the District of Delaware and elsewhere, in connection with the application for and the receipt of compensation, monies, and benefits exceeding $1,000 under the Federal Employees Compensation Act, knowingly and willfully did (a) make material false, fictitious and fraudulent statements and representations; and (b) falsify, conceal, and cover up material facts. The defendant did so on a Form 1032, on which the defendant wrote materially false answers to questions, as follows:

(1)    **Did you work for any employer during the past 15 months?**
Answer:  **No.**

    (2)    **Were you self-employed or involved in any business enterprise in the last 15 months?**
          Answer:  **No.**

    3.    In connection with these written false statements, the defendant did conceal and cover up material facts, that is, that from on or about August 14, 2003, through on or about May 28, 2004, the defendant was employed as a truck driver in Maryland where he worked approximately fifty hours per week and earned a total of $26,435.

    All in violation of Title 18, United States Code, Section 1920.

                           A TRUE BILL:

                           Foreperson

COLM F. CONNOLLY
United States Attorney

By:

    Edmond Falgowski
    Assistant United States Attorney

Dated: 2-16-06