AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF **DELAWARE**

UNITED STATES OF AMERICA
V.
DAVID NELSON ROBB, JR.

Ellendale, DE 19941

(Name and Address of Defendant)

## SUMMONS IN A CRIMINAL CASE

Case Number: CR 06-16-~~UNA~~ GMS

**REDACTED**

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| J. Caleb Boggs Federal Building<br>844 North King Street<br>Wilmington, Delaware 19801 | Magistrate Ctrm # 6C, 6th Floor |
| | Date and Time |
| Before: Honorable Mary Pat Thynge, U.S. Magistrate Judge | 3/2/06 at 1:00 PM |

\*\* Please report to the U.S. Marshal's Service in Room# 100 by 12:00 PM

To answer a(n)
X Indictment  ☐ Information  ☐ Complaint  X Violation Notice  ☐ Probation Violation Petition

Charging you with a violation of Title __18__ United States Code, Section(s) __1920__

Brief description of offense:

FEDERAL EMPLOYEE COMPENSATION FRAUD

FILED
FEB 2 8 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BY: _____; Deputy Clerk
Signature of Issuing Officer

2/21/06 at Wilmington, DE
Date

Peter T. Dalleo; Clerk of Court
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me | Date

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: ____Cert mail____

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned ____2-27-06____
         Date

____DW Thomas____
Name of United States Marshal

____[signature]____
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete Items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X _____  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) DAVID ROBB JR   C. Date of Delivery 4/22/[?]<br>D. Is delivery address different from item 1?  ☐ Yes  ☐ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br><br>David Nelson Robb, Jr.<br><br>Ellendale, DE  19941 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number   7004 1160 0006 7939 7855 | |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |

