UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>David Nelson Robb, Jr.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) CASE NO. CR 06-16 GMS<br>)<br>)<br>)<br>)<br>) |

ORDER

The defendant, upon entering a plea of not guilty to the Indictment on *March 2, 2006* requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until *April 25, 2006*. The time between the date of this order and *April 25, 2006* shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney