IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 06-16 GMS |
| | : |
| DAVID NELSON ROBB, JR. | : |

**NOTICE OF SCHEDULING**

IT IS HEREBY ORDERED that a scheduling conference regarding the above-named defendant is scheduled for **Wednesday, May 31, 2006, at 9:15 a.m.** before the Honorable Gregory M. Sleet, United States District Judge, United States Courthouse, 844 N. King Street, Wilmington, DE. The scheduling conference will be held in chambers.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

May 12, 2006