IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 06-16 GMS |
| | : |
| DAVID NELSON ROBB | : |

## ORDER TO EXCLUDE TIME

A scheduling conference regarding the above-captioned case was held in chambers on June 5, 2006.. The court concludes that the ends of justice are served by a postponement of this case and that those interests outweigh the best interests of the public and the defendant in a speedy trial. A change of plea hearing is scheduled for August 30, 2006, at 9:30 a.m.

For the aforementioned reasons IT IS HEREBY ORDERED THAT:

The time period between the date of this Order and August 30, 2006, shall be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

_____
UNITED STATES DISTRICT JUDGE

June __5__, 2006