IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-16-GMS |
| DAVID NELSON ROBB, | : | |
| Defendant. | : | |

**MOTION FOR CONTINUANCE OF CHANGE OF PLEA HEARING**

Defendant, David Nelson Robb, by and through his undersigned counsel, Eleni Kousoulis, hereby moves this Court for an order re-scheduling the change of plea hearing in this case. In support of the motion, the defense submits as follows:

1. A change of plea hearing is currently scheduled in the above-captioned matter for August 30, 2006, at 9:30 a.m.

2. Due to undersigned counsel's recent car accident, she needs additional time to consult with her client and to discuss a proper disposition for this case.

She temporarily is not able to appear in court or to complete written work on the client's behalf. It is expected that she will return to work after about a month's time.

3. Assistant U.S. Attorney Edmond Falgowski has no objection to the defense request for a continuance.

4. A continuance of at least six weeks is requested.

5. The defense agrees to waive any time, pursuant to the Speedy Trial Act, between now

and the date of the re-scheduled hearing.

**WHEREFORE**, for these reasons and any other such reasons as shall appear to the Court, the defense respectfully requests that the Court re-schedule the change of plea hearing in this case to a date in late October.

Respectfully Submitted,

/s/ _____
Eleni Kousoulis, Esquire
Assistant Federal Public Defender
First Federal Plaza
704 King Street, Suite 110
Wilmington, Delaware  19801
Attorney for Defendant David Nelson Robb

Dated: August 4, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-16-GMS |
| | : | |
| | : | |
| DAVID NELSON ROBB, | : | |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that a copy of Defendant's Motion for Continuance of Change of Plea Hearing is available for public viewing and downloading and was electronically delivered on August 4, 2006, to:

> Edmond Falgowski, Esquire
> Assistant U.S. Attorney
> 1007 Orange Street
> Suite 700, P.O. Box 2046
> Wilmington, DE  19899-2046

/s/
Eleni Kousoulis, Esquire
Assistant Federal Public Defender
704 King St., Suite 110
Wilmington, Delaware  19801
Attorney for Defendant David Nelson Robb

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-16-GMS |
| | : | |
| | : | |
| DAVID NELSON ROBB, | : | |
| | : | |
| Defendant. | : | |

# **ORDER**

Having considered Defendant's Motion for Continuance of the Change of Plea Hearing,

**IT IS HEREBY ORDERED** this _____ day of _____, 2006, that Defendant's change of plea hearing shall be scheduled on the _____ day of _____, 2006.

_____
Honorable Gregory M. Sleet
United States District Court