IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA         :

                                 :

v.                               : Criminal No. 06-16 GMS

                                 :

DAVID NELSON ROBB                :

## ORDER TO EXCLUDE TIME

A change of plea hearing regarding the defendant in the above-captioned case is currently scheduled for August 30, 2006, at 9:30 a.m. The defendant has filed a motion to continue the change of plea hearing, to which the government has no opposition. The court concludes that the ends of justice are served by a postponement of this case and that those interests outweigh the best interests of the public and the defendant in a speedy trial. **The change of plea hearing is rescheduled October 18, 2006, at 3:30 p.m.**

For the aforementioned reasons IT IS HEREBY ORDERED THAT:

The time period between the date of this Order and October 18, 2006, be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

_____
UNITED STATES DISTRICT JUDGE

August ___7___, 2006