IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 06-16 GMS |
| | : |
| DAVID NELSON ROBB | : |

### NOTICE OF RESCHEDULING

IT IS HEREBY ORDERED that the change of plea hearing regarding the above-captioned defendant is rescheduled to Wednesday, October 18, 2006, at 1:00 p.m. before the Honorable Gregory M. Sleet, United States District Judge, United States Courthouse, 844 N. King Street, Wilmington, Delaware.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

October 13, 2006