

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

Nemours Building  
1007 Orange Street, Suite 700  
P.O. Box 2046  
Wilmington, Delaware 19899-2046

(302) 573-6277  
FAX (302) 573-6220

October 13, 2006

Honorable Gregory M. Sleet  
United States District Court  
J. Caleb Boggs Federal Building  
844 King Street  
Wilmington, Delaware 19801

Re: **United States v. David Nelson Robb, Jr.**
**Criminal Action No. 06-16 GMS**

Dear Judge Sleet:

Enclosed please find an Information and a Memorandum of Plea Agreement which the parties are prepared to execute at the change of plea hearing scheduled for October 18, 2006.

Respectfully,

COLM F. CONNOLLY  
United States Attorney

BY: /s/ Edmond Falgowski  
Edmond Falgowski  
Assistant United States Attorney

pc: Eleni Kousoulis, Esquire

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06- |
| ) | |
| DAVID NELSON ROBB, JR., ) | |
| ) | |
| Defendant. ) | |

## INFORMATION

The United States Attorney for the District of Delaware charges that:

### Count One

From on or about August 7, 2004, through June 11, 2005, David Nelson Robb, Jr, the defendant, in the District of Delaware, did steal greater than $1,000 from an agency of the United States, in violation of Title 18, United States Code, Section 641.


COLM F. CONNOLLY
United States Attorney


By:_____
    Edmond Falgowski
    Assistant United States Attorney

Dated:

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
| )  | |
| Plaintiff,       ) | |
| v.                                  ) | Criminal Action No. 06-16-GMS |
| ) | |
| DAVID NELSON ROBB, JR.,       ) | |
| ) | |
| Defendant.       ) | |

## MEMORANDUM OF PLEA AGREEMENT

Pursuant to discussions between the United States of America, by and through its attorney, Edmond Falgowski, Assistant United States Attorney for the District of Delaware, and on behalf of and with the consent and knowledge of Colm F. Connolly, United States Attorney for the District of Delaware, and the defendant, David Nelson Robb, Jr., by and through the defendant's attorney, Eleni Kousoulis, Esquire, the following agreement is hereby entered into by the respective parties:

1. The defendant shall waive indictment and enter a plea of guilty to a one count Information charging a violation of theft from the United States, in violation of Title 18, United States Code, Section 641, which carries a maximum penalty of ten (10) years incarceration, a $250,000 fine, three years supervised release, a $100 special assessment, and restitution. At sentencing the United States will move to dismiss the Indictment.

2. The elements of the offense are as follows:

   (a) The defendant stole greater than $1,000;

   (b) from an agency of the United States.

3. The defendant agrees to pay the special assessment on the day of sentencing.

4. The defendant agrees that he caused the United States Department of Labor, Office of Workers' Compensation Programs (OWCP) to suffer losses as a result of his conduct charged in the

Indictment. The defendant further agrees that the Court can order restitution for all losses the Court deem "relevant conduct" under U.S.S.G. § 1B1.3. The defendant further agrees to make his best efforts to make restitution prior to sentencing.

5. The United States agrees that in consideration of the defendant's timely guilty plea, the Government will not oppose a two point reduction in the Offense Level (three points if the Offense Level is 16 or greater) for the defendant's affirmative acceptance of responsibility, pursuant to Sentencing Guideline Section 3E1.1, provided that prior to sentencing the defendant does not act inconsistent with the provisions of this section.

6. It is further agreed by the parties that this Memorandum supersedes all prior promises, representations, and statements of the undersigned parties; that this Memorandum may be modified only in writing signed by all the parties; and that any and all promises, representations and statements made prior to or after this Memorandum are null and void and have no effect whatsoever, unless they comport with the subsequent written modification requirements of this paragraph.

        COLM F. CONNOLLY
        United States Attorney

_____    By:_____
Eleni Kousoulis, Esquire                      Edmond Falgowski
Attorney for Defendant                     Assistant United States Attorney

_____
David Nelson Robb, Jr., Defendant

      **AND NOW this** _____ **day of** _____, **2006, the foregoing Memorandum of Plea Agreement is hereby (accepted) (rejected) by this Court.**

        _____
        Honorable Gregory M. Sleet
        United States District Court