IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal Action No. 06- 16 GMS |
| DAVID NELSON ROBB, JR., | ) ) ) |
| Defendant. | ) |

## INFORMATION

The United States Attorney for the District of Delaware charges that:

### Count One

From on or about August 7, 2004, through June 11, 2005, David Nelson Robb, Jr, the defendant, in the District of Delaware, did steal greater than $1,000 from an agency of the United States, in violation of Title 18, United States Code, Section 641.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 10-20-06



FILED
OCT 18 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE