IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 06-16-GMS |
| | ) | |
| DAVID NELSON ROBB, JR., | ) | |
| | ) | |
| Defendant. | ) | |

### MEMORANDUM OF PLEA AGREEMENT

Pursuant to discussions between the United States of America, by and through its attorney, Edmond Falgowski, Assistant United States Attorney for the District of Delaware, and on behalf of and with the consent and knowledge of Colm F. Connolly, United States Attorney for the District of Delaware, and the defendant, David Nelson Robb, Jr., by and through the defendant's attorney, Eleni Kousoulis, Esquire, the following agreement is hereby entered into by the respective parties:

1. The defendant shall waive indictment and enter a plea of guilty to a one count Information charging a violation of theft from the United States, in violation of Title 18, United States Code, Section 641, which carries a maximum penalty of ten (10) years incarceration, a $250,000 fine, three years supervised release, a $100 special assessment, and restitution. At sentencing the United States will move to dismiss the Indictment.

2. The elements of the offense are as follows:

   (a) The defendant stole greater than $1,000;

   (b) from an agency of the United States.

3. The defendant agrees to pay the special assessment on the day of sentencing.

4. The defendant agrees that he caused the United States Department of Labor, Office of Workers' Compensation Programs (OWCP) to suffer losses as a result of his conduct charged in the

Indictment. The defendant further agrees that the Court can order restitution for all losses the Court deem "relevant conduct" under U.S.S.G. § 1B1.3. The defendant further agrees to make his best efforts to make restitution prior to sentencing.

5. The United States agrees that in consideration of the defendant's timely guilty plea, the Government will not oppose a two point reduction in the Offense Level (three points if the Offense Level is 16 or greater) for the defendant's affirmative acceptance of responsibility, pursuant to Sentencing Guideline Section 3E1.1, provided that prior to sentencing the defendant does not act inconsistent with the provisions of this section.

6. It is further agreed by the parties that this Memorandum supersedes all prior promises, representations, and statements of the undersigned parties; that this Memorandum may be modified only in writing signed by all the parties; and that any and all promises, representations and statements made prior to or after this Memorandum are null and void and have no effect whatsoever, unless they comport with the subsequent written modification requirements of this paragraph.

COLM F. CONNOLLY
United States Attorney

_Eleni Kousoulis_
Eleni Kousoulis, Esquire
Attorney for Defendant

By: _____
Edmond Falgowski
Assistant United States Attorney

_____
David Nelson Robb, Jr., Defendant

10-20-06

AND NOW this 18th day of Oct., 2006, the foregoing Memorandum of Plea Agreement is hereby (accepted) (rejected) by this Court.

_____
Honorable Gregory M. Sleet
United States District Court

FILED
OCT 18 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2