IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-16-GMS |
| | : | |
| DAVID ROBB, | : | |
| | : | |
| Defendant. | : | |

**MOTION FOR CONTINUANCE OF SENTENCING**

Defendant, David Robb, by and through his undersigned counsel, Eleni Kousoulis, hereby moves the Court for an order continuing the sentencing hearing in this case. In support of the motion, the defense submits as follows:

1. Mr. Robb is scheduled for sentencing on January 17, 2007 at 9:30 a.m.

2. There are issues with regard to restitution that defense counsel needs additional time to investigate, and does not anticipate that these issues will be resolved prior to the January 17, 2007 sentencing date. Additionally, defense counsel currently has a jury trial in another matter scheduled for January 17, 2007. Therefore, a 30 day continuance for sentencing in this matter is respectfully requested.

3. AUSA Edmond Falgowski does not oppose this request for a continuance.

WHEREFORE, Mr. Robb respectfully requests that the Court continue the sentencing hearing in this matter to any time after February 20, 2007.

Respectfully Submitted,

/s/
Eleni Kousoulis, Esquire
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware 19801
Attorney for Defendant David Robb

DATED:   December 19, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-16-GMS |
| | : | |
| DAVID ROBB, | : | |
| | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

The undersigned attorney for defendant David Robb hereby certifies that a copy of Defendant's Motion for Continuance of Sentencing is available for public viewing and downloading and was electronically delivered on December 19, 2006, to:

Edmond Falgowski, Esquire
Assistant U.S. Attorney
1007 Orange Street
Suite 700, P.O. Box 2046
Wilmington, DE   19899-2046

The undersigned attorney further certifies that on December 19, 2006, a copy of the attached Motion for Continuance of Sentencing was placed in a box in the United States District Court of the District of Delaware addressed to the following person:

Margie Bray
U. S. Probation Officer
Suite 400, 824 Market Street
Wilmington, DE 19801-3588

/s/
Eleni Kousoulis, Esquire
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware   19801
Attorney for Defendant David Robb

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-16-GMS |
| | : | |
| DAVID ROBB, | : | |
| | : | |
| Defendant. | : | |

# **ORDER**

In response to Mr. Robb's Motion for Continuance of Sentencing, this Court HEREBY ORDERS on this _____day of _____, 2006, that Defendant's sentencing hearing be re-scheduled for the _____ day of _____, 2007 at _____ a.m./p.m.

_____
The Honorable Gregory M. Sleet
United States District Court