IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-16-GMS |
| DAVID ROBB, | : |
| Defendant. | : |

### ORDER

In response to Mr. Robb's Motion for Continuance of Sentencing, this Court HEREBY ORDERS on this 19th day of Dec., 2006, that Defendant's sentencing hearing be re-scheduled for the 12th day of February, 2007 at 11:00 a.m./~~p.m.~~

The Honorable Gregory M. Sleet
United States District Court



FILED
DEC 19 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE