IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 06-16-GMS |
| DAVID NELSON ROBB, JR., | ) | |
| Defendant. | ) | |

**MOTION AND ORDER TO DISMISS**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss the Indictment returned on February 16, 2006, as it pertains to the defendant, pursuant to the Memorandum of Plea Agreement dated October 18, 2006.

COLM F. CONNOLLY
United States Attorney

BY: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 2-12-07

IT IS SO ORDERED this 21st day of Feb, 2007.

_____
HONORABLE GREGORY M. SLEET
United States District Court