Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### District of Delaware

UNITED STATES OF AMERICA

V.                                                               Crim. No. 1:06CR00016-001

David Nelson Robb

    On February 12, 2007 the above named was placed on Probation for a period of two years. She has complied with the rules and regulations of Probation and is no longer in need of Probation supervision. It is accordingly recommended that David Nelson Robb be discharged from Probation.

Respectfully submitted,

*Amie K. Docherty*
Amie K. Docherty
U.S. Probation Officer

### ORDER OF THE COURT

    Pursuant to the above report, it is ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated.

Date this 28th day of Feb., 20___.

*Gregory M. Sleet*
The Honorable Gregory M. Sleet
Chief U.S. District Judge

**FILED**
FEB 28 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE